October 18, 2021

**VIA ECF**
The Honorable André M. Espinosa
United States Magistrate Judge
District of New Jersey

        Re:    *United States of America v. Frank Giraldi*
              2:20-cv-02830-SDW-AME (D.N.J.)

Dear Judge Espinosa:

    Undersigned counsel for the United States respectfully requests a continuance of the settlement conference scheduled for October 19, 2021 at 10:00 a.m. A medical emergency occurred today involving undersigned counsel's spouse so undersigned counsel will not be able to participate in tomorrow's settlement conference.

                                      Sincerely yours,

                                      /s/ *Alexander R. Kalyniuk*
                                      Alexander R. Kalyniuk
                                      Trial Attorney
                                      U.S. DEPARTMENT OF JUSTICE
                                      Post Office Box 227, Ben Franklin Station
                                      Washington, D.C. 20044
                                      Telephone: (202) 616-3309
                                      Facsimile: (202) 514-6866
                                      Email: Alexander.R.Kalyniuk@usdoj.gov
                                      Counsel to the United States of America

Cc: Mark Oberstaedt, Counsel to Frank Giraldi (Via ECF)