

U.S. Department of Justice

Tax Division
*Civil Trial Section, Eastern Region*

| | | |
|---|---|---|
| DAH:DSM:ARKalyniuk | P.O. Box 227 | Telephone: 202-616-3309 |
| DJ 5-48-22970 | Washington, D.C. 20044 | Telecopier: 202-514-6866 |
| CMN 2019101494 | | |

<u>*Via ECF*</u>　　　　　　　　　　　　　　　　　June 8, 2023

Hon. André M. Espinosa
U.S. Magistrate Judge
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street Room 4015
Newark, NJ 07101

Re:　*United States v. Ann Marie Giraldi, as Personal Rep. of the Estate of Frank Giraldi*
　　　Case No.: 2:20-cv-02830-SDW-AME

Dear Judge Espinosa:

　　　The parties jointly write to respectfully request an extension of the previously entered 60 day order located at docket entry 53 by another 30 days, from the current dismissal deadline of June 12, 2023 to the requested deadline of July 12, 2023. The parties request the extension for the purpose of completing the parties' disposition of this case.

　　　　　　　　　　　　　　　　　　　<u>/s/ *Alexander R. Kalyniuk*</u>
　　　　　　　　　　　　　　　　　　　Alexander R. Kalyniuk
　　　　　　　　　　　　　　　　　　　Trial Attorney
　　　　　　　　　　　　　　　　　　　U.S. DEPARTMENT OF JUSTICE
　　　　　　　　　　　　　　　　　　　Post Office Box 227, Ben Franklin Station
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　　Telephone: (202) 616-3309
　　　　　　　　　　　　　　　　　　　Facsimile: (202) 514-6866
　　　　　　　　　　　　　　　　　　　Email: Alexander.R.Kalyniuk@usdoj.gov
　　　　　　　　　　　　　　　　　　　*Counsel to the United States*

　　　　　　　　　　　　　　　　　　　<u>/s/ *Mark J. Oberstaedt*</u>
　　　　　　　　　　　　　　　　　　　Mark J. Oberstaedt, Esq.
　　　　　　　　　　　　　　　　　　　ARCHER & GREINER P.C.
　　　　　　　　　　　　　　　　　　　1025 Laurel Oak Road
　　　　　　　　　　　　　　　　　　　Voorhees, NJ 08043
　　　　　　　　　　　　　　　　　　　Telephone: 856-354-3072
　　　　　　　　　　　　　　　　　　　Email: moberstaedt@archerlaw.com
　　　　　　　　　　　　　　　　　　　*Counsel to Ann Marie Giraldi*